IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO-21-05216-GF-JTJ |
|---|---|
| Plaintiff, | VIOLATION: E1103351 |
| vs. | Location Code: M13 |
| HERTZ RENTAL, | ORDER |
| Defendant. | |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED** pursuant to Fed. R. Crim. P. 48(a). **IT IS FURTHER ORDERED** that the initial appearance scheduled for December 9, 2021 is **VACATED**.

DATED this 7th day of December, 2021.

John Johnston
United States Magistrate Judge